UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALPONZA A. HARROLD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:07CV513 HEA |
| ) | |
| TROY STEELE, ) | |
| ) | |
| Respondent, ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Terry I. Adelman that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed without further proceedings.. Petitioner has not filed any objections to the Report and Recommendation within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Adelman as set forth in his August 26, 2008 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus is dismissed without further proceedings.

A separate Order of Dismissal is entered this same date.

Dated this 16th day of September, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE